Robert L. Sullivan, Jr., # 41711
Devon R. McTeer, #230539
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs
MONTRY MCNALLY; RUBY BELL; and
KENNETH BALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRY MCNALLY; RUBY BELL; and KENNETH BALES,<br><br>Plaintiffs,<br><br>v.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 through 50,<br><br>Defendants. | Case No.  1:09-CV-01184-AWI-SKO<br><br>**ORDER RE CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     September 27, 2010<br><br>Time:    1:30 p.m. |

Based on the Stipulation of plaintiffs Montry McNally, Ruby Bell and Kenneth Bales (collectively, "Plaintiffs") and defendants Eye Dog Foundation for the Blind, Inc. and Gwen Brown ("Defendants"), by and through their counsel of record, and good cause appearing,

IT IS THEREFORE HEREBY ORDERED:

1.  The hearing on Plaintiffs' Motion for Summary Judgment, previously set for September 27, 2010, is continued to October 12, 2010, at 1:30 p.m., and the briefing deadlines are continued in accordance therewith.

IT IS SO ORDERED.

56279/00000-1615529.v1 2

[PROPOSED] ORDER RE CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT

1
2

Dated: September 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE