UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MONTRY MCNALLY; RUBY BELL; and KENNETH BALES,<br><br>    Plaintiffs,<br><br> vs.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 THROUGH 50,<br><br>    Defendants. | CASE NO.  1:09-CV-01184-AWI-SKO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON THE HEARING UPON DEFENDANTS' MOTION TO CONTINUE THE TRIAL AND CORRESPONDING CUT-OFF AND HEARING DATES** |

Having considered Defendants' Ex Parte "Application For An Order Shortening Time For Their Motion to Continue The Trial and Corresponding Cut-Off And Hearing Dates" ("Motion to Continue"), including the request to continue the hearing dated set for Plaintiffs' Motion for Summary Judgment and Defendants' deadline to file an Opposition Brief, and finding that good cause exists:

Law Offices of
**Ralph E. Harrison, II**
23450 Wilshire Boulevard,
Suite 705
Los Angeles, CA 90010
(213) 616-0201

- 1 -

ORDER GRANTING DEFENANT'S EX PARTE APPLICATION
FOR AN ORDER SHORTENING TIME FOR ITS MOTION TO
CONTINUE TRIAL AND HEARING DATES

IT IS HEREBY ORDERED THAT:

1. Defendants' Ex Parte Application for an Order Shortening Time is GRANTED.

2. The Hearing on Defendants' Motion To Continue[1] is set for **October 6, 2010, at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto in Courtroom 8 of the above entitled Court;

3. Defendants shall amend their Motion to Continue ("Second Amended Motion to Continue") to include (1) the basis for extension of the discovery deadline, i.e., the specific type of discovery Defendants need to conduct and the time necessary to complete the needed discovery, and (2) a proposed schedule for all revised deadlines;

4. Defendants shall file on CM-ECF and then serve by facsimile transmission and/or email[2] the **Motion to Continue** (Doc. 61), the **Amended Motion to Continue** (Doc. 65), and the **Second Amended Motion to Continue** on or before **12:00 p.m. Wednesday, September 29, 2010;**

5. Plaintiffs' Opposition to Defendants' Motion to Continue (and all related amendments) shall be filed on CM-ECF and then served by facsimile transmission and/or e-mail on or before **4:00 p.m. Friday, October 1, 2010**; and

---

[1] Defendants filed a "Motion to Continue Trial and Corresponding Cut-off and Hearing Dates" (Motion to Continue") on September 24, 2010, (Doc. 61) and then, on September 27, 2010, Defendants filed an "Amended Motion to Continue Trial and Corresponding Cut-off and Hearing Dates" ("Amended Motion to Continue"). (Doc. 65.) The Amended Motion to Continue appears only to change the date of the hearing from October 6, 2010, to October 4, 2010. As this matter will be heard by Magistrate Judge Sheila K. Oberto and because the Magistrate Judge hears law and motion matters on Wednesdays, the hearing date will be set for October 6, 2010, rather than October 4, 2010.

[2] The Court recognizes that when a document is filed on CM-ECF it is deemed to have been served upon those attorneys who have agreed to accept electronic service. (*See* Local Rule 135(a), 135(g)(1).) As this matter will be heard on shortened time, the Court requires that the parties serve all their briefs via facsimile and/or email in addition to filing their documents on CM-ECF.

**Law Offices of
Ralph E. Harrison, II**
23450 Wilshire Boulevard,
Suite 705
Los Angeles, CA 90010
(213) 616-0201

- 2 -

ORDER GRANTING DEFENANT'S EX PARTE APPLICATION
FOR AN ORDER SHORTENING TIME FOR ITS MOTION TO
CONTINUE TRIAL AND HEARING DATES

6. Defendants may file an optional reply to Plaintiff's Opposition that shall be filed on CM-ECF and then served by facsimile transmission and/or e-mail on or before **12:00 p.m. Monday, October 4, 2010**.

IT IS SO ORDERED.

Dated:   **September 28, 2010**             **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE

Law Offices of
**Ralph E. Harrison, II**
23450 Wilshire Boulevard,
Suite 705
Los Angeles, CA 90010
(213) 616-0201

- 3 -
ORDER GRANTING DEFENANT'S EX PARTE APPLICATION
FOR AN ORDER SHORTENING TIME FOR ITS MOTION TO
CONTINUE TRIAL AND HEARING DATES