UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MONTRY MCNALLY; RUBY BELL; and KENNETH BALES,<br><br>    Plaintiffs,<br><br> vs.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 THROUGH 50,<br><br>    Defendants. | CASE NO.: 1:09-CV-01184-AWI-SKO<br><br>**ORDER RE DEFENDANTS' SECOND AMENDED MOTION TO CONTINUE TRIAL AND RELATED DATES**<br><br>Date: October 15, 2010 |

Defendant's Second Amended Motion to Continue Trial and corresponding Cutoff and Hearing Dates set forth in Scheduling Conference Order dated October 22, 2009, came on for hearing on October 13, 2010. The Court made the following modifications to the Scheduling Conference Order dated October 22, 2009:

| | |
|---|---|
| October 18, 2010 | Deadline to file Motion for Leave to Amend Answer |
| October 18, 2010 | Deadline to file Motion for Leave to File a Counter-Claim |
| October 22, 2010 | Deadline to file Opposition to Motion for Leave to Amend Answer |

- 1 -

| | | |
|---|---|---|
| 1 | October 28, 2010 | Deadline to file Opposition to Motion for Leave to |
| 2 | | File a Counter-Claim |
| 3 | October 21, 2010 | Deadline for Plaintiffs to Show Cause why Entry |
| 4 | | of Default against Eye Dog Foundation, Inc., should |
| 5 | | not be set aside |
| 6 | | |
| 7 | October 27, 2010 | Deadline to file Defendants' Response to OSC re |
| 8 | | Entry of Default against Eye Dog Foundation, Inc. |
| 9 | November 1, 2010 | Deadline to file Plaintiffs Reply to OSC re Entry of Default |
| 10 | | against Eye Dog Foundation, Inc. |
| 11 | | |
| 12 | November 24, 2010 | Expert Witness Disclosure cut-off. |
| 13 | December 1, 2010 | Supplemental Expert Witness Disclosure deadline |
| 14 | | |
| 15 | December 13, 2010 | Non-Expert Discovery cut-off |
| 16 | December 17, 2010 | Expert Discovery cut-off |
| 17 | | |
| 18 | December 20, 2010 | Hearing on Plaintiffs' Motion for Summary Judgment |
| 19 | December 21, 2010 | Non-Dispositive Motion filing deadline |
| 20 | | |
| 21 | January 11, 2011 | Settlement Conference before Magistrate Judge Oberto |
| 22 | January 19, 2011 | Non-Dispositive Motion hearing deadline |
| 23 | | |
| 24 | January 28, 2011 | Dispositive Motion filing deadline; with a hearing date no |
| 25 | | later than March 7, 2011. |
| 26 | April 27, 2011 | Final Pretrial Conference at 8:30 a.m. before Judge Ishii |
| 27 | | |
| 28 | | |

- 2 -

June 14, 2011             Trial Date 8:30 a.m.

FURTHER: (1) The Court orders that if any new discovery forces Plaintiffs to re-file their Motion for Summary Judgment (no later than January 28, 2011), Plaintiffs may ask the Court for their attorneys' fees and costs associated with amending and re-filing the Motion at Defendants' expense; (2) The Parties are to meet and confer prior to the deadline in which Plaintiffs must Show Cause why the Entry of Default against Eye Dog Foundation for the Blind, Inc. should not be set aside; and (3) Eye Dog Foundation, Inc., is prohibited from participating until the Default is set aside.

**APPROVED AS TO FORM AND CONTENT**

DATED:  October 15, 2010                Ralph E. Harrison, II. Attorney At Law

                                         /s/ Ralph E. Harrison, II.
                                         Attorneys for Defendants

DATED:  October 15, 2010                McCormick, Barstow, Sheppard, Wayte & Carruth, LLP

                                         /s/ Devon R. McTeer
                                         Attorneys for Plaintiffs


IT IS SO ORDERED.

   Dated:  **October 18, 2010**                **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

- 3 -