# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| McNally et. al., | CASE NO. 1:09-cv-01184-AWI-SKO |
| Plaintiffs, | **ORDER ON DEFENDANTS' "FIRST AMENDED SCHEDULING REPORT," "CROSSCLAIM," AND "FIRST AMENDED CROSSCLAIM"** |
| v. | |
| Eye Dog Foundation for the Blind, Inc., et. al., | |
| Defendants. | (Docket Nos. 78, 79, 80) |

On October 13, 2010, the Court granted the request of Defendants Eye Dog Foundation for the Blind, Inc.,[1] Gwen Brown, and Eye Dog Foundation Profit Sharing Plan ("Defendants") to file a motion seeking leave of the Court to file an amended answer or a counterclaim by no later than October 18, 2010. (Doc. 76.)

On October 18, 2010, Defendants filed a document entitled "First Amended Scheduling Report." (Doc. 78.) This document, however, bears the caption "Defendants' Notice of Motion and Motion to Amend Scheduling Order to Allow the Filing of a Cross-Complaint; Supporting Memorandum of Points and Authorities." Defendants also filed a "CrossClaim" and a "First Amended CrossClaim" on that same day. (Docs. 79, 80.) Defendants have not received leave of

---

[1] As Plaintiffs have stipulated to setting-aside the Clerk's Entry of Default against Eye Dog Foundation for the Blind, Inc. (Doc. 81), this defendant may participate in filing the instant motion.

Court to file an amended pleading; they have only received permission to present a motion to the Court seeking to file an amended pleading.

Accordingly, IT IS HEREBY ORDERED THAT:

1. **The Clerk of the Court shall**:
   (a) STRIKE the documents filed at Docket Nos. 79 and 80 entitled "CROSSCLAIM" and "FIRST AMENDED CROSSCLAIM," respectively; and
   (b) TERMINATE all CM/ECF references to a "Cross Defendant" or a "Cross Claimant" that has been added to the docket report as a result of Defendants' premature filing of Docket Nos. 79 and 80.

2. **On or before October 20, 2010, Defendants shall:**
   (a) WITHDRAW their "First Amended Scheduling Report" at Docket No. 78;
   (b) REFILE the document currently located at Docket No. 78 as a "MOTION" bearing a title that correlates to the caption on the document; and
   (c) ATTACH the proposed "CROSSCLAIM" as an **EXHIBIT** to the refiled MOTION. Unless and until the Court grants Defendants permission to file the CROSSCLAIM, that document may not be filed as a separate pleading.

3. As set forth in the Court's Order of October 18, 2010, Plaintiffs shall file any opposition to Defendants' "Motion to Amend Scheduling Order to Allow the Filing of a Cross-Complaint" on or before October 28, 2010.

4. Defendants may file an optional reply to Plaintiffs' opposition on or before November 2, 2010.

IT IS SO ORDERED.

**Dated:** October 19, 2010            /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE