1  Robert L. Sullivan, Jr., # 41711
   Devon R. McTeer, #230539
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA 93720-1501
   Telephone:   (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Plaintiffs
   MONTRY MCNALLY; RUBY BELL; and
7  KENNETH BALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MONTRY MCNALLY; RUBY BELL; and KENNETH BALES, | Case No. 1:09-CV-01184-AWI-SMS |
|---|---|
| Plaintiffs, | **STIPULATION TO SET ASIDE ENTRY OF DEFAULT, ORDER THEREON** |
| v. | |
| EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 through 50, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel, pending a further order of the Court, that the Default as to Defendant EYE DOG FOUNDATION FOR THE BLIND, INC. be set aside.

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

**STIPULATION TO SET ASIDE DEFAULT, ORDER THEREON**

Dated: October 19, 2010                           McCORMICK, BARSTOW, SHEPPARD,
                                                         WAYTE & CARRUTH LLP


                                                  By:   /s/ Devon R. McTeer
                                                         Devon R. McTeer
                                                         Robert L. Sullivan, Jr.
                                                         Attorneys for Plaintiffs
                                                    MONTRY MCNALLY; RUBY BELL;
                                                         and KENNETH BALES

Dated: October 19, 2010

                                                  By:   /s/ Ralph E. Harrison II
                                                         Ralph E. Harrison II
                                                         Attorney for Defendants
                                                   EYE DOG FOUNDATION FOR THE
                                                   BLIND, INC.; EYE DOG FOUNDATION
                                                   PROFIT SHARING PLAN; and GWEN
                                                         BROWN


### **ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **STIPULATION** is approved by the Court and shall be and now is the Order of the Court. The July 15, 2010, Default entered by the Clerk (Doc. 39) against Defendant EYE DOG FOUNDATION FOR THE BLIND, INC. is hereby set aside. The Court's October 18, 2010, order to show cause why the entry of default should not be set aside is DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 20, 2010**                           **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO SET ASIDE DEFAULT, ORDER THEREON