# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MONTRY MCNALLY, et.al., | CASE NO. 1:09-cv-01184 AWI SKO |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| EYE DOG FOUNDATION FOR THE BLIND, INC., et.al., | |
| Defendants. / | |

On December16, 2010, the Court issued an Order re Settlement Conference ("Order"). The Order directed the parties to engage in pre-settlement conference exchange of demand and offer. The Order further instructed the parties to submit their Confidential Settlement Statements in advance of the settlement conference:

> The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than five (5) business days before the conference. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

This Court's Local Rule 110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

The settlement conference is set for January 11, 2011. Plaintiffs submitted their Confidential Settlement Statement on January 4, 2011. Defendants have failed to timely submit their Confidential Settlement Statement.

Accordingly, this Court ORDERS the Defendants, no later than January 6, 2011, at 4:00 p.m., to show cause in writing why sanctions should not be imposed for failure to comply with

the Court's Order.  This order to show cause will be deemed vacated if Defendants submit their Confidential Settlement Statement prior to 4:00 p.m. on January 6, 2011.  Defendants' Confidential Settlement Statement shall set forth their efforts regarding the Court ordered pre-settlement conference exchange of demand and offer.

IT IS SO ORDERED.

**Dated:   January 5, 2011**              /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE