Ralph E. Harrison, II, Esq.
**RALPH E. HARRISON, II, ATTORNEY AT LAW**
3450 Wilshire Boulevard, Suite 705
Los Angeles, California 90010
Telephone: (213) 616-0201
Facsimile:  (213) 739-1788

Attorneys for Defendants EYE DOG FOUNDATION
FOR THE BLIND, INC., EYE DOG FOUNDATION
PROFIT SHARING PLAN; GWEN BROWN, an individual

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MONTRY MCNALLY; RUBY BELL; and KENNETH BALES,<br><br>              Plaintiffs,<br><br>       v.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 through 50,<br><br>              Defendants. | CASE NO.: 1:09-CV-01184-AWI-SKO<br><br>ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Current hearing date:  February 14, 2011<br>Time:  1:30 p.m. |

Based on the Stipulation of the Plaintiffs Montry McNally, Ruby Bell and Kenneth Bales (collectively hereinafter "Plaintiffs") and Defendants Eye Dog Foundation for the Blind, Inc., Eye Dog Foundation Profit Sharing Plan, and Gwen Brown (collectively hereinafter referenced as "Defendants") collectively referenced as "Parties", by and through their respective counsel of record, and good cause appearing,

**IT IS THEREFORE HEREBY ORDERED:**

The hearing on Plaintiffs' Motion for Summary Judgment, previously (or currently) set for February 14, 2011, at 1:30 p.m. is continued to February 28, 2011, at 1:30 p.m. and the

Law Offices of
**Ralph E. Harrison, II**
3450 Wilshire Boulevard,
Suite 705
Los Angeles, CA 90010
(213) 616-0201

- 1 -

[PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT

1  briefing deadlines are continued in accordance therewith. As such, any Opposition to said
2  Motion are to be filed by Defendants are due on or before February 14, 2011.
3
4
5
6
7  IT IS SO ORDERED.
8  Dated: __February 2, 2011__        _____
9                                     CHIEF UNITED STATES DISTRICT JUDGE

Law Offices of
**Ralph E. Harrison, II**
3450 Wilshire Boulevard,
Suite 705
Los Angeles, CA 90010
(213) 616-0201

- 2 -

[PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT