**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTRY MCNALLY, RUBY BELL, and KENNETH BALES,<br><br>    Plaintiffs,<br><br>  v.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC., EYE DOG FOUNDATION PROFIT SHARING PLAN, GWEN BROWN, an individual, and DOES 1 through 50,<br><br>    Defendants. | NO. 1:09-CV-01184-AWI SKO<br><br>ORDER VACATING<br>MAY 2, 2011 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

  Plaintiffs' motion for summary judgment has been set for hearing in this case on May 2, 2011.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 2, 2011, is VACATED, and the parties shall not appear at that time.  As of May 2, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: April 29, 2011            _____
                         CHIEF UNITED STATES DISTRICT JUDGE