# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRY McNALLY; RUBY BELL; and KENNETH BALES,<br><br>    Plaintiffs,<br><br>    v.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 THROUGH 50,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01184-AWI-SKO<br><br>**ORDER SETTING A BRIEFING SCHEDULE AND A HEARING**<br><br>(Docs. 129, 131) |

On July 22, 2011, Mr. Harrison, Defendants' counsel, filed an "Ex Parte Application for Withdrawal As Attorney of Record" ("Application for Withdrawal"). (Doc. 129.) On that same day, Chief District Judge Ishii ordered both parties to file supplemental briefs regarding an ERISA preemption issue relevant to Plaintiffs' pending motion for summary judgment. (Doc. 130.)

On July 26, 2011, Mr. Harrison filed a statement requesting clarification of Judge Ishii's supplemental briefing order. (Doc. 131.)

**Supplemental Briefing Schedule:**

Due to Judge Ishii's order regarding supplemental briefing, the following schedule is ORDERED:

    1.    **On or before August 5, 2011,** Plaintiffs shall file a supplemental brief on the issue of whether Plaintiffs' state law claims are preempted under ERISA;

///

2. **On or before August 12, 2011,** Defendants shall file a supplemental brief in response to Plaintiffs' supplemental brief; and

3. **On or before August 19, 2011,** Plaintiffs may file an optional reply brief.

**August 31, 2011, Hearing Schedule**

In light of Mr. Harrison's Application for Withdrawal, the following schedule is set:

1. The hearing regarding Mr. Harrison's Application for Withdrawal (Doc. 129) is SET for **August 31, 2011, 9:30 a.m. in Courtroom 8, 6th floor**, **before Magistrate Judge Sheila K. Oberto**;

2. In addition to Mr. Harrison, Defendant Gwen Brown and at least one representative of Defendants Eye Dog Foundation for the Blind, Inc. and Eye Dog Foundation Profit Sharing Plan are ORDERED to appear for the August 31, 2011, hearing on behalf of the Defendants;

3. The Clerk of Court is DIRECTED to serve this order on Defendants Gwen Brown, Eye Dog Foundation for the Blind, Inc., and Eye Dog Foundation Profit Sharing Plan at Post Office Box 519, Claremont, California, 91711; and

4. Defendants' counsel shall make all reasonable efforts necessary to inform the Defendants of this order.

IT IS SO ORDERED.

**Dated:   July 27, 2011**                         /s/ Sheila K. Oberto
                                                                           UNITED STATES MAGISTRATE JUDGE