# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRY McNALLY; RUBY BELL; and KENNETH BALES,<br><br>               Plaintiffs,<br><br>     v.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 THROUGH 50,<br><br>               Defendants.<br>_____/ | CASE NO. 1:09-cv-01184-AWI-SKO<br><br>**ORDER SETTING A STATUS CONFERENCE** |

On November 18, 2011, Plaintiffs filed a motion to enforce settlement. In light of Plaintiffs' motion, the Court HEREBY ORDERS the following:

1. A conference to discuss the status of the case is SET for **December 15, 2011, at 10:30 a.m. in Courtroom 7, 6th floor, before Magistrate Judge Sheila K. Oberto;**

2. In addition to Plaintiffs' representative and Mr. Harrison, Defendant Gwen Brown and at least one representative of Defendants Eye Dog Foundation for the Blind, Inc. and Eye Dog Foundation Profit Sharing Plan are ORDERED to appear at the December 15, 2011, status conference;

3. Telephonic appearances for the December 15, 2011, status conference are permitted

1         so long as the parties appearing telephonically coordinate one conference call to the Court at 559-499-5790 at the time and date for the hearing;

4.     The Clerk of Court is DIRECTED to serve this order on Defendants Gwen Brown, Eye Dog Foundation for the Blind, Inc., and Eye Dog Foundation Profit Sharing Plan at Post Office Box 519, Claremont, California, 91711; and

5.     Defendants' counsel shall make all reasonable efforts necessary to inform the Defendants of this order.

IT IS SO ORDERED.

**Dated:**   December 9, 2011                 /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE