Robert L. Sullivan, Jr., # 41711  
Devon R. McTeer, #230539  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA 93720-1501  
Telephone: (559) 433-1300  
Facsimile: (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs  
MONTRY MCNALLY; RUBY BELL; and  
KENNETH BALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRY MCNALLY; RUBY BELL; and KENNETH BALES,<br><br>              Plaintiffs,<br><br>      v.<br><br>EYE DOG FOUNDATION FOR THE BLIND, INC.; EYE DOG FOUNDATION PROFIT SHARING PLAN; GWEN BROWN, an individual, and DOES 1 through 50,<br><br>              Defendants. | Case No. 1:09-CV-01184-AWI-SKO<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE [Rule 41(a)(2)]; ORDER RE SAME** |

Plaintiffs, MONTRY MCNALLY, RUBY BELL and KENNETH BALES by and through their attorneys of record McCormick, Barstow, Sheppard, Wayte & Carruth LLP and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), do hereby request that this Court dismiss the within action in its entirety with prejudice. Said dismissal is requested as Defendants have satisfied their obligation under the Settlement Agreement entered into between the parties. Each party to bear its own attorney's fees and costs of suit incurred.

///

///

///

REQUEST FOR DISMISSAL WITH PREJUDICE [RULE 41(a)(2)]; ORDER RE SAME

1 | Dated: January 11, 2012

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: */s/  Devon R. McTeer*
Devon R. McTeer
Robert L. Sullivan, Jr.
Attorneys for Plaintiffs
MONTRY MCNALLY; RUBY BELL;
and KENNETH BALES

**ORDER**

After reviewing Plaintiff's Request for Dismissal under Section 41(a)(2) of the Federal Rules of Civil Procedure,

IT IS SO ORDERED that the within action is dismissed in its entirety with prejudice. Each party to bear its own attorney's fees and costs of suit

IT IS SO ORDERED.

Dated:  January 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE